UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-267 |
| ASHLEY GREEN | SECTION "R" (5) |

### ORDER AND REASONS

Defendant, Ashley Green, was charged with one count in a bill of information on December 26, 2018.[1] Defendant's rearraignment is set for August 4, 2021. In the midst of the COVID-19 pandemic, Congress has allowed felony plea hearings under Rule 11 of the Federal Rules of Criminal Procedure to be conducted by videoconference when the hearing cannot be conducted in person without seriously jeopardizing health and safety, and the Court finds for specific reasons that the rearraignment cannot be delayed without serious harm to the interests of justice. *See* Pub. L. No. 116-136, § 15002(b)(2), 134 Stat. 281, 528-29 (2020) [hereinafter "CARES Act."].

The Chief Judge of the Eastern District of Louisiana has specifically found that felony plea hearings under Rule 11 cannot be conducted in person without seriously jeopardizing public health and safety. *See* Eastern District

---

[1] R. Doc. 2.

of Louisiana, General Order 21-7. The Court finds pursuant to Section 15002(b)(2) of the CARES Act, and in accordance with General Order 21-7 of the Eastern District of Louisiana, that defendant's rearraignment cannot be further delayed without serious harm to the interests of justice. This is specifically because of the backlog of cases caused by the COVID-19 pandemic.

Defendant's rearraignment hearing is therefore set for **AUGUST 4, 2021**, **at 10:00 a.m.** The rearraignment hearing shall be conducted by videoconference.

New Orleans, Louisiana, this __2nd__ day of August, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE